UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:12-00145 |
| | ) | JUDGE CAMPBELL |
| DEAN A. CZERWINSKI and | ) | |
| AMY M. CZERWINSKI | ) | |

ORDER

I hereby recuse myself from this action.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE